FILED'06 MAR 03 16:20USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CARRIE MARTIN, | ) | |
| | ) | No. CV 04-1115-ST |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WASHINGTON COUNTY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

**PANNER, District Judge:**

Magistrate Judge Janice Stewart issued her Findings and Recommendation ("F&R") on January 30, 2006, which recommended that defendants' motion for summary judgment be granted in part and denied in part. Defendant timely filed objections.

This matter is now before me. See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's F&R, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). / / / /

1 - ORDER

While the evidence of retaliation may not be especially strong, for purposes of this motion the Plaintiff is entitled to all reasonable inferences that may be drawn in her favor. Any factual or legal errors that have been identified by Defendant would not alter the end result. I therefore adopt the F&R.

Defendant's motion (# 20) for Summary Judgment is GRANTED as to the First, Third and Fourth Claims, but DENIED as to the Second and Fifth Claims.

IT IS SO ORDERED.

DATED this 3rd day of March, 2006.

                                        */s/ Owen M. Panner*
OWEN M. PANNER
UNITED STATES DISTRICT JUDGE